Stephen B. Coleman (State Bar #021715)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Javeous Purnell, an individual,

Plaintiff,

v.

City of Phoenix, a municipal corporation,

Defendant.

Case No:

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and LRCiv 3.6 of the Local Rules of Civil Procedure of the United States District Court for the District of Arizona, Defendant City of Phoenix (the "Defendant") files this Notice of Removal for the following reasons:

1.      A civil action has been commenced against Defendant and is now pending in the Superior Court of Arizona, Maricopa County, Case No. CV2026-005935 with the above caption.

2.      Pursuant to LRCiv 3.6(b), the following documents are attached hereto as Exhibit A:
- Complaint (filed February 10, 2026)
- Application for Deferral or Waiver of Court Fees (filed February 10, 2026)
- Civil Cover Sheet (filed February 10, 2026)
- Order Deferring Court Fees (filed February 10, 2026)

1

- Summons – City of Phoenix (issued February 10, 2026)
- Affidavit of Service by Certified Mail (filed February 20, 2026)
- Application for Entry of Default (filed March 6, 2026)
- Default Referral Minute Entry (filed March 10, 2026)

3.     Pursuant to LRCiv. 3.6(b), the undersigned counsel verifies that, to the best of her knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4.     The Complaint and Summons were delivered to Defendant City of Phoenix via certified mail on or about February 17, 2026[1].

This Notice of Removal is being filed within thirty (30) days of delivered of the Summons and Complaint and, therefore, is timely under 28 U.S.C. § 1446(b).

5.     This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and which is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action involves a federal question.  Plaintiff's Complaint asserts a cause of action for discrimination under Title VII of the Civil Rights Act of 1964.  This Court has supplemental jurisdiction over the state law causes of action against Defendant pursuant to 28 U.S.C. § 1367(a).

6.     Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), Defendant is contemporaneously filing a Notice of Filing of Removal with the Clerk of the Superior Court, Maricopa County, a copy of which is attached as Exhibit B.  Defendant has also on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

7.     Undersigned counsel certifies that Defendant has consented to the removal of this action to federal court.

---

[1] It is the City's position that certified mail is not proper service under Ariz. Civ. P. 4.1(h), which requires that the Summons and Complaint be personally delivered to the City Clerk. Therefore, Defendant reserves the right to move for dismissal pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

For the foregoing reasons, Defendant hereby removes this action from the Maricopa County Superior Court to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 11th day of March, 2026.

PIERCE COLEMAN PLLC

By /s/ *Alexandra N. Cayton*
Stephen B. Coleman
Alexandra N. Cayton
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026 I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and caused a copy to be electronically transmitted via email and mailed to:

Javeous Purnell
25789 West Dunlap
Buckeye, Arizona 85326
jaypurnell@icloud.com
*Plaintiff*

By:  /s/ *Mary Walker*

3